IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

```
CLERK'S OFFICE U.S. DIST. COURT
      AT ROANOKE, VA
           FILED
        AUG 3 1 2006
   JOHN F. CORCORAN, CLERK
   BY:
          DEPUTY CLERK
```

| | |
|---|---|
| **DEBRA GILES** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 7:05-CV-733 |
| v. | ) |
| | ) |
| **HSN, L.P.** | ) |
| | ) |
| Defendant. | ) |

### STIPULATED DISMISSAL ORDER

The parties have jointly moved to dismiss this case with prejudice and have represented that they have amicably resolved all pending issues. It is therefore ORDERED that this case is dismissed with prejudice with each party to bear her or its own attorney's fees and costs. The Clerk will strike this case from the Court's active docket.

Entered this 31st day of Aug , 2006

_____
United States District Court Judge